1

2
IN THE UNITED STATES DISTRICT COURT
3
FOR THE EASTERN DISTRICT OF CALIFORNIA
4

5   UNITED STATES OF AMERICA,          )   CASE NO. 2:09-cr-00449-JAM
                                       )
6                    Plaintiff,        )
                                       )
7   v.                                 )   ORDER ON MOTION TO DISMISS
                                       )
8   JAMEELAH SULLINS                   )
                                       )
9                    Defendant.        )
                                       )
10  _____)

11

12       The Court grants the motion of the United States pursuant to

13  Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice

14  the charges against defendant Jameelah Sullins.

15

16  Date: October 12, 2011.

17
                            _____/s/ John A. Mendez_____
18                          HON. JOHN A. MENDEZ
                            United States District Judge
19

20

21

22

23

24

25

26

27

28

2